## McGEHEE V. PARKER.

*Unlawful Detainer.*

(Decided Feb. 6, 1909.   Rehearing granted April 6, 1909.
49 South. 1039.)

APPEAL from Montgomery City Court.

Heard before Hon. A. D. SAYRE.

GOODWYN & McINTYRE, for appellant.

JOHN V. SMITH, for appellee.

ANDERSON, J.—Affirmed on authority of *Singo v. Mc-Gehee*, 160 Ala. 245; 49 South. 290.

DOWDELL, C. J., McCLELLAN and MAYFIELD, JJ., concur.

---

## MERRIMAC MFG. CO. V. BUCHANNAN.

*Damages.*

(Decided May 13, 1909.   49 South. 1037.)

APPEAL from Madison Law and Equity Court.

Heard before Hon. TANCRED BETTS.

LAWRENCE COOPER and GEORGE P. COOPER, for appellant.

S. S. PLEASANTS, and LANIER & FRIES, for appellee.

Per curiam.   Dismissed by agreement.

---

## MERRIMAC MFG. CO. V. HOWELL.

*Damages.*

APPEAL from Madison Circuit Court.

Heard before Hon. D. W. SPEAKE.

LAWRENCE COOPER and GEORGE P. COOPER, for appellant.

R. C. BRICKELL, and LANIER & FRIES, for appellee.

Per curiam.   Dismissed by agreement.

---

## NOLEN V. BROPHY.

*Damages.*

(Decided May 24, 1909.   49 South. 1038.)

APPEAL from Bessemer City Court.

Heard before Hon WILLIAM JACKSON.

T. T. HUEY, for appellant.

F. E. BLACKBURN, and H. C. MEAD, for appellee.

ANDERSON, J.—Reversed and remanded.

DOWDELL, C. J., McCLELLAN and MAYFIELD, JJ., concur.